14902

WOODWARD v. STATE RURAL ELECTRIFICATION AUTHORITY *ET AL.*

(8 S. E. (2d), 589)

466

467

468

*Mr. F. Ehrlich Thomson,* for appellant.

*Messrs. R. Beverly Herbert,* for respondent, State Rural Electrification Authority, and *Norman E. Cullum,* for respondent, Aiken County Electric Cooperative Association.

June 16, 1939.

The opinion of the Court was delivered by MR. JUSTICE BONHAM.

We have given careful consideration to the matters set out in the transcript of record and the briefs of counsel, and

to the order of Judge Bellinger in the matter. We are satisfied that he has reached a correct conclusion, and his order is affirmed.

Let it be reported.

MR. CHIEF JUSTICE STABLER and MESSRS. JUSTICES BAKER and FISHBURNE concur.

MR. JUSTICE CARTER did not participate on account of illness.